IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JACOB MARSHALL,<br><br>      Plaintiff,<br>  v.<br><br>HIPCAMP, INC, STEVEN EPLING, and GO RIVER LLC,<br><br>      Defendants. | Case No.: 3:22-cv-01928-AR<br><br>ORDER |

**Adrienne Nelson, District Judge**

      United States Magistrate Judge Jeffrey Armistead issued Findings and Recommendation in this case on November 8, 2023. Judge Armistead recommended that this Court grant defendant HipCamp, Inc.'s ("HipCamp") Motion to Dismiss, ECF [5], and transfer this case to the Western District of Washington. No party has filed objections.

      A district court judge may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). If any party files objections to a magistrate judge's proposed findings and recommendations, "the court shall make a de novo determination of those portions of the report." *Id.* If no objections are filed, then no standard of review applies. However, further review by the district court *sua sponte* is not prohibited. *Thomas v. Arn*, 474 U.S. 140, 154 (1985). The Advisory Committee notes to Federal Rule of Civil Procedure 72(b) recommend that unobjected to proposed findings and recommendations be reviewed for "clear error on the face of the record." Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment.

## CONCLUSION

      Because no party in this case has made objections, this Court reviews Judge Armistead's Findings and Recommendations for clear error on the face of the record. Finding no such error, the Court ADOPTS Judge Armistead's Findings and Recommendation, ECF [22]. Therefore, HipCamp's Motion to

2

Dismiss, ECF [5], is GRANTED.  The Clerk of the Court is respectfully directed to transfer this case to the Western District of Washington pursuant to 28 U.S.C. § 1631.

IT IS SO ORDERED.

DATED this 12th day of December, 2023.

*Adrienne Nelson*
Adrienne Nelson
United States District Judge